C. A. 5th Cir. Writ of certiorari dismissed September 15, 1971, pursuant to Rule 60 of the Rules of this Court. [Certiorari granted, 401 U. S. 993.]

No. 71–5079. JOHNSON *v.* UNITED STATES. C. A. 4th Cir. Petition for writ of certiorari dismissed September 29, 1971, pursuant to Rule 60 of the Rules of this Court.

OCTOBER 6, 1971

No. 70–5147. MASSEY *v.* GEORGIA. Sup. Ct. Ga. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

OCTOBER 12, 1971

No. 70–8. UNITED STATES *v.* JOHNSON. C. A. 9th Cir. Writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. [Certiorari granted, 400 U. S. 990.]

No. 70–157. ADMIRAL-MERCHANTS MOTOR FREIGHT, INC., ET AL. *v.* UNITED STATES ET AL. Affirmed on appeal from D. C. Colo.

No. 70–329. SYUFY ENTERPRISES *v.* UNITED STATES ET AL. Affirmed on appeal from D. C. S. D. N. Y.

No. 70–328. UNITED FEDERATION OF POSTAL CLERKS *v.* BLOUNT, POSTMASTER GENERAL. Affirmed on appeal from D. C. D. C. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted and case set for oral argument.